**DaCosta DANIELS, Plaintiff–Appellant**

v.

**Joshua TYLER, Individually and in his official capacity as a police officer for the City of Sioux City, Defendant–Appellee**

**Sioux City Community School District, Defendant.**

No. 14–3892.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 4, 2015.

Filed: Sept. 10, 2015.

DaCosta Daniels, Sioux City, IA, pro se.

Douglas L. Phillips, Deena Ann Townley, Klass Law Firm, Sioux City, IA, for Defendant–Appellee.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

DaCosta Daniels appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action asserting a Fourth Amendment excessive-force claim and a state-law assault claim against a police officer.

After careful de novo review, viewing the evidence and drawing all reasonable inferences in favor of Daniels, *see Laganiere v. Cty. of Olmsted,* 772 F.3d 1114, 1116 (8th Cir.2014), we conclude that the district court properly granted summary judgment based on qualified immunity, *see Graham v. Connor,* 490 U.S. 386, 396–97, 109 S.Ct. 1865, 104 L.Ed.2d 443 (1989); *Crumley v. City of St. Paul,* 324 F.3d 1003, 1007 (8th Cir.2003), and statutory immunity, *see* Iowa Code § 804.8(1); *Johnson v. Civil Serv. Comm'n,* 352 N.W.2d 252, 257 (Iowa 1984).

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District

Accordingly, we affirm. *See* 8th Cir. R. 47B.